UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00148-MR
1:20-cr-00101-MR-WCM-1

| | |
|---|---|
| **KIJON CHSIREA DAMON BURGOS,** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Respondent. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. [Doc. 1].

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255, and finds that the petition <u>has not been signed by Petitioner under penalty of perjury</u>, Rule 2(b)(5), 28 U.S.C.A. foll. § 2255 (motion to vacate must be signed under penalty of perjury "by the movant or by a person authorized to sign it for the movant"). Petitioner must correct this deficiency before the Court can further consider Petitioner's Motion to Vacate.

**IT IS THEREFORE ORDERED** that Petitioner shall sign his Motion to Vacate under penalty of perjury within twenty (20) days of this Order. If

Petitioner fails to timely sign his Motion to Vacate under penalty of perjury, it may be dismissed without prejudice and without further notice to Petitioner.

The Clerk is instructed to mail Petitioner a copy of the final page of his Motion Vacate [Doc. 1 at 14] for Petitioner to sign and return to the Court. Once this page is returned to the Court, the Clerk is directed to attach it to Petitioner's original Motion to Vacate and regenerate the NEF.

**IT IS SO ORDERED**.

Signed: June 8, 2023

*/s/ Martin Reidinger*
Martin Reidinger
Chief United States District Judge