# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kijon Chsirea Damon Burgos, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:23-cv-00148-MR |
| | ) | 1:20-cr-101-MR-WCM |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2023 Order.

August 29, 2023

Katherine Hord Simon, Clerk
United States District Court